■ In the Matter of the Arbitration between Charles E. Wetzler et al., Doing Business as Vibro Mfg. Co. et al., and Equi-Flow, Inc.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 27, 1959, with notice of argument for September 8, 1959, said appeal to be argued or submitted when reached. If the appellants fail to comply with the condition imposed, the respondent may enter an order dismissing the appeal without notice to the appellants. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ Jerome H. Kent v. Charles H. Truman et al.— Motion granted upon condition that the defendants-appellants serve and file the record on appeal and appellants' points on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ Jim Nash Associates, Incorporated v. Robosonic National Industries Corp.— Motion to dismiss appeals granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeals to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ Tina Fredericks v. Pierce G. Fredericks.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ Pauline Goldman v. Nathan Goldman.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ Agnes S. Bushell v. Rosemary Jennette et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ Caprice Imports, Inc. v. Soc. Acc. Semplize Calzaturificio Vibelsport Di Vibelli & Co. et al.— Motion for resettlement denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ Mayo Cabey v. New York City Employees Retirement System et al.— Motion to dismiss appeals granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of Samuel Silver against Stephen P. Kennedy, as Police Commissioner.— Motion to dismiss proceeding granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.